# EXHIBIT 2

# Hicks, Curtis W.

| | |
|---|---|
| **From:** | Hicks, Curtis W. |
| **Sent:** | Monday, July 20, 2020 5:36 PM |
| **To:** | Barry O'Connor; Cherilyn Herzhauser |
| **Cc:** | Vera Hill |
| **Subject:** | RE: REPLY REQUESTED - SFMB Management, LLC (COVID19 Claim) / STP 16610 / TMP20038540 |

Thank you Barry and Cherilyn.

**Curtis Hicks, AIC** | Executive General Adjuster
**Sedgwick**
OFFICE: 813.287.0575 | DIRECT: 813.402.4442
CELL: 941.405.7780 | FAX: 941.761.6906
3030 N. Rocky Point Dr. W., Ste. 530 | Tampa, FL, 33607, USA
EMAIL: Curtis.Hicks@Sedgwick.com
www.sedgwick.com | Caring counts®



**From:** Barry O'Connor <barry@sunpubs.com>
**Sent:** Monday, July 20, 2020 11:56 AM
**To:** Cherilyn Herzhauser <controller@sunpubs.com>
**Cc:** Hicks, Curtis W. <Curtis.Hicks@sedgwick.com>; Vera Hill <vera.hill@bks-partners.com>
**Subject:** Re: REPLY REQUESTED - SFMB Management, LLC (COVID19 Claim) / STP 16610 / TMP20038540

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

1. No physical loss or damages.
2. During lockdown( from March 17th thru May 8th) there was no recorded presence of the virus at any location. After reopening on May 8th a number of our staff tested positive. See attached records.
3. Well Health Works provided us with COVID Tests starting in June 2020. Reports attached.
4. All locations closed on March 17th 2020. Attached is a schedule of re-opening hours and dates.
5. March 14th 2020
6. Daily sales for each location are attached. Sales from November 1st, 2019 thru May 7th 2020.
7. Previously attached
8. Based on the same period of 2019 our net income loss is $2,361,000
9. The State of Florida's COVID shut down orders restricting our Bar & Restaurant operations are the basis for our claim. EO 20-68 is attached.

On Fri, Jul 17, 2020 at 4:45 PM Cherilyn Herzhauser <controller@sunpubs.com> wrote:
> Hello Curtis,
>
> Attached was # 8 & 9 in my email. My email was intended to say:
>
> Please see attached requested information relating to # 8 & 9.

1

**Barry**, could you please still help answer the rest of the questions on page 4 that they need. That would be # 1 - 7.

> REQUEST FOR INFORMATION
>
> We request your reply concerning the following questions:
>
> 1. Has there been any physical loss or damage to any Insured Location(s)? If so, please provide the time and origin of the property damage or destruction and describe the physical damage that occurred.
> 2. Has the presence of the virus been confirmed at any of the loss locations? If so, how, when and by whom?
> 3. Was any testing done to confirm the presence of the virus at any of the loss locations? If so, who performed the tests, when were the tests performed and what were the results?
> 4. Has your business ceased operations or reduced its hours of operation? If so, when and why?
> 5. When approximately did the loss first affect your business?
> 6. Provide daily sales from November 1, 2019 through the end of the claimed period.
> 7. Provide detailed monthly Profit and Loss Statements from January 2018 through the end of the claimed period.
> 8. What is your estimated loss?
> 9. If submitting a claim for Civil Authority coverage, what order by a government entity provides the basis for your claim? How did the order affect your business?
>
> We appreciate your cooperation as this investigation of the facts and damages continues under this Reservation of Rights. If you have any questions, please do not hesitate to contact the undersigned.

Thank you!

On Fri, Jul 17, 2020 at 4:04 PM Hicks, Curtis W. <Curtis.Hicks@sedgwick.com> wrote:

Cherilyn,

Your email below indicates that Barry only needs to answer questions 8 and 9 on the attached letter (page 4). Are you going to provide the answers to questions 1 – 7? We do not have any record of receiving these from you.

Barry,

Please reply with your answers to questions 8 and 9 per Cherilyn's email below.

*We are in need of answers to all questions (1 – 9) in order to move forward with your claim.*

Please reply as soon as possible.

Thank you,

**Curtis Hicks, AIC** | Executive General Adjuster

**Sedgwick**

OFFICE: 813.287.0575 | DIRECT: 813.402.4442

CELL: 941.405.7780 | FAX: 941.761.6906

3030 N. Rocky Point Dr. W., Ste. 530 | Tampa, FL, 33607, USA

EMAIL: Curtis.Hicks@Sedgwick.com

www.sedgwick.com | Caring counts®



**From:** Cherilyn Herzhauser <controller@sunpubs.com>
**Sent:** Saturday, June 13, 2020 3:42 PM
**To:** Hicks, Curtis W. <Curtis.Hicks@sedgwick.com>
**Cc:** Barry O'Connor <barry@sunpubs.com>; Vera Hill <vera.hill@bks-partners.com>
**Subject:** Re: SFMB Management, LLC (COVID19 Claim) / STP 16610 / TMP20038540

Hello Curtis,

Please see request # 8 & 9. Barry, please help answer the rest of the questions on page 4 that they need. Thank you!

On Sat, Jun 13, 2020 at 8:17 AM Hicks, Curtis W. <Curtis.Hicks@sedgwick.com> wrote:

Good morning Barry and Cherilyn,

Requested information is outlined on page 4 of the attached letter of May 1, 2020.

Kindest regards,

**Curtis Hicks, AIC** | Executive General Adjuster

**Sedgwick**

OFFICE: 813.287.0575 | DIRECT: 813.402.4442

CELL: 941.405.7780 | FAX: 941.761.6906

3030 N. Rocky Point Dr. W., Ste. 530 | Tampa, FL, 33607, USA

EMAIL: Curtis.Hicks@Sedgwick.com

www.sedgwick.com | Caring counts®



**From:** Barry O'Connor <barry@sunpubs.com>
**Sent:** Saturday, June 13, 2020 12:53 AM
**To:** Hicks, Curtis W. <Curtis.Hicks@sedgwick.com>
**Cc:** Cherilyn Herzhauser <controller@sunpubs.com>; Vera Hill <vera.hill@bks-partners.com>
**Subject:** Re: SFMB Management, LLC (COVID19 Claim) / STP 16610 / TMP20038540

Hi Curtis

It's very confusing following up on previous requests with chain emails. Especially when it comes around during our annual insurance renewal period. Apologies if the relevant information wasn't sent to you. We've been busy sharing the same information with our insurance company and with the auditing company and I'm not sure why they couldn't just share the same information with you too!

3

How & ever.... if your missing any information from our side please contact Cherilyn for the missing information.

Thanks

Barry

On Fri, Jun 12, 2020 at 9:47 AM Hicks, Curtis W. <Curtis.Hicks@sedgwick.com> wrote:

Good morning Vera,

My apologies as I just realized that I have not yet responded to your email.

We have looked through our file and do not have record of any documentation from the Insured.  Perhaps it was provided to someone else and it did not make it to our office?  If Mr. O'Connor previously sent to your office, please forward to us.

We will await the remaining documentation from your office as noted below.

Mr. O'Connor,

*Would you kindly reply to this email to confirm that you received our May 1 email below, which contained an attached letter of the same date (attached here again)?*  In light of Vera's email below about the address being incorrect, we wanted to make sure you received.  If not, we will make sure the letter is recent the updated address.

Kind regards,

**Curtis Hicks, AIC** | Executive General Adjuster

**Sedgwick**

OFFICE: 813.287.0575 | DIRECT: 813.402.4442

CELL: 941.405.7780 | FAX: 941.761.6906
3030 N. Rocky Point Dr. W., Ste. 530 | Tampa, FL, 33607, USA

EMAIL: Curtis.Hicks@Sedgwick.com

www.sedgwick.com | Caring counts®



 **From:** Vera Hill <vera.hill@bks-partners.com>
**Sent:** Thursday, May 21, 2020 1:32 PM
**To:** Hicks, Curtis W. <Curtis.Hicks@sedgwick.com>
**Cc:** Vera Hill <vera.hill@bks-partners.com>
**Subject:** RE: SFMB Management, LLC (COVID19 Claim) / STP 16610 / TMP20038540

Hi Curtis,

Barry mentioned he already turned in items that answer some of the questions.

Cherilyn is working on gathering the other items.

4

We noticed the address for Sun Pubs/SFMB is not correct. Can you update it to reflect: **Address:** 9740 16th St N, St. Petersburg, FL 33716

Vera Hill | Sr. Claims Consultant |BKS-Partners | T 813-467-8814 | E vera.hill@bks-partners.com

*We've moved! Our new address is **4211 W. Boy Scout Blvd, Suite 800 | Tampa, FL 33607**.*
*Please be sure to change our address anywhere you have it listed or saved.*

**Risk Management Tip** – **Important Information Regarding Coronavirus (COVID-19)**
As the impacts of COVID-19 continue to broaden, you are likely taking steps to protect your family and business. We have compiled a number of resources, which can be found **here**, to help you in your preparations. One of the measures BKS is taking to keep our clients and colleagues safe is designing a virtual-first work environment. Through March, our colleagues will be conducting business virtually to avoid any disruption in our ability to serve you. These measures are based on the CDC's guidance and will evolve with the situation.



*Resources are available **here** to help in your COVID-19 response plans. Please note, our colleagues are conducting business virtually to avoid any disruption in our ability to safely serve you.*
**Email Disclaimer**

---

**From:** Hicks, Curtis W. <Curtis.Hicks@sedgwick.com>
**Sent:** Tuesday, May 19, 2020 1:37 PM
**To:** Barry@sunpubs.com
**Cc:** Vera Hill <vera.hill@bks-partners.com>
**Subject:** FW: SFMB Management, LLC (COVID19 Claim) / STP 16610 / TMP20038540

---

**CAUTION: External Message. Beware any links or attachments**

---

Hi Barry,

Per our conversation a moment ago, we await your reply to the 9 questions listed on page 4 of the attached letter.

Thank you,

**Curtis Hicks, AIC** | Executive General Adjuster

**Sedgwick**

OFFICE: 813.287.0575 | DIRECT: 813.402.4442

CELL: 941.405.7780 | FAX: 941.761.6906
3030 N. Rocky Point Dr. W., Ste. 530 | Tampa, FL, 33607, USA

EMAIL: Curtis.Hicks@Sedgwick.com

www.sedgwick.com | Caring counts®



**From:** Hicks, Curtis W.
**Sent:** Friday, May 1, 2020 2:42 PM
**To:** Barry@sunpubs.com
**Cc:** Vera Hill <vera.hill@bks-partners.com>
**Subject:** SFMB Management, LLC (COVID19 Claim) / STP 16610 / TMP20038540

Good afternoon Mr. O'Connor,

As you may recall, we represent SFMB's Insurer regarding the business interruption claim being made due to COVID 19. Please find attached correspondence we have prepared at the request of SFMB's Insurer.

Thank you and kind regards,

**Curtis Hicks, AIC** | Executive General Adjuster

**Sedgwick**

OFFICE: 813.287.0575 | DIRECT: 813.402.4442

CELL: 941.405.7780 | FAX: 941.761.6906

3030 N. Rocky Point Dr. W., Ste. 530 | Tampa, FL, 33607, USA

EMAIL: Curtis.Hicks@Sedgwick.com

www.sedgwick.com | Caring counts®



Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.

--

Barry O'Connor
barry@SunPubs.com

--

Cherilyn Herzhauser

Sun Pubs

813-283-8277

--
Cherilyn Herzhauser
Sun Pubs
813-283-8277

7